# United States Court of Appeals for the Fifth Circuit

No. 25-50198
CONSOLIDATED WITH
No. 25-50215
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 6, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOB JASSO, JR.,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 7:24-CR-59-1, 7:24-CR-179-1

Before RICHMAN, SOUTHWICK, and WILLETT, *Circuit Judges*.
PER CURIAM:[*]

In these consolidated appeals, Job Jasso, Jr. challenges only his conviction under 18 U.S.C. § 924(c)(1)(A), arguing that the evidence at trial was not sufficient to prove that he possessed firearms in furtherance of drug trafficking.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

Viewing the evidence most favorably to the verdict, a reasonable juror could conclude that Jasso possessed the firearms in furtherance of drug trafficking, given that stolen and loaded handguns that Jasso illegally possessed were found within inches of the fentanyl pills he was convicted of possessing with intent to distribute. *See United States v. Moya*, 18 F.4th 480, 483-84 (5th Cir. 2021). Accordingly, we reject Jasso's preserved sufficiency claim. *See id.* at 483-84.

Accordingly, the judgments are AFFIRMED.